## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

**ORIYOMI ALOBA,**
    Petitioner,

v.

**WARDEN, FCI-TALLADEGA,**
    Respondent.

**Case No. 1:22-cv-1288-CLM-SGC**

## MEMORANDUM OPINION

On October 19, 2022, the magistrate judge notified Petitioner Oriyomi Aloba that his petition was deficient because he didn't file it on this court's standard form and because he neither paid the filing fee nor moved to proceed in forma pauperis. (Doc. 2). The magistrate judge ordered Aloba to correct these deficiencies within 30 days and warned that the court could dismiss his petition for failure to prosecute if he did not comply by the deadline. (*Id.*).

The deadline passed, but Aloba did not comply with or otherwise respond to the order. So the magistrate judge entered a report recommending dismissal of Aloba's petition without prejudice for failure to prosecute. (Doc. 3). The magistrate judge advised Aloba of his right to file written objections within 14 days, but the court hasn't received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation (*id.*). Consistent with that recommendation, the court will **DISMISS** this petition **WITHOUT PREJUDICE** because Aloba has failed to prosecute his claims. By separate order, the court will close this case.

**Done** on December 21, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE